# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

|  | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | Agron, Sonia | NY | USA | N/A | N/A | N/A | Personal Injury |
| 2 | Balsamo, Louis | NY | USA | N/A | N/A | N/A | Personal Injury |
| 3 | Baumeister, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 4 | Beck, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 5 | Bell, Nina | NY | USA | N/A | N/A | N/A | Personal Injury |
| 6 | Berardesca, Angelo | FL | USA | N/A | N/A | N/A | Personal Injury |
| 7 | Bodkin, James P. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 8 | Bonilla, Frank | NY | USA | N/A | N/A | N/A | Personal Injury |
| 9 | Bordonaro, Kathryn | NY | USA | N/A | N/A | N/A | Personal Injury |
| 10 | Brady, Richard | NY | USA | N/A | N/A | N/A | Personal Injury |
| 11 | Brennan, William | NY | USA | N/A | N/A | N/A | Personal Injury |
| 12 | Bruno, Anthony | NY | USA | N/A | N/A | N/A | Personal Injury |
| 13 | Buchalter, Ralph | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 14 | Byrne, James | NY | USA | N/A | N/A | N/A | Personal Injury |
| 15 | Cabbad, David | NY | USA | N/A | N/A | N/A | Personal Injury |
| 16 | Cajuste, Hans | OH | USA | N/A | N/A | N/A | Personal Injury |
| 17 | Campbell, Kerry | TX | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18 | Cheek, Richard | NY | USA | N/A | N/A | N/A | Personal Injury |
| 19 | Chilson, William J. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 20 | Ciccotelli, Christopher | FL | USA | N/A | N/A | N/A | Personal Injury |
| 21 | Connolly, Brendan | NY | USA | N/A | N/A | N/A | Personal Injury |
| 22 | Deering, Kenneth | NY | USA | N/A | N/A | N/A | Personal Injury |
| 23 | Dellilo, Doug | FL | USA | N/A | N/A | N/A | Personal Injury |
| 24 | Dimino, Dominick | NY | USA | N/A | N/A | N/A | Personal Injury |
| 25 | Dorn, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 26 | Droppa, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 27 | Drummond, Mark | NY | USA | N/A | N/A | N/A | Personal Injury |
| 28 | Farrell, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 29 | Filatova, Natalia | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 30 | Fitzpatrick, Gerard | NY | USA | N/A | N/A | N/A | Personal Injury |
| 31 | Fulco, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 32 | Furlong, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 33 | Garmendia, David | NY | USA | N/A | N/A | N/A | Personal Injury |
| 34 | Giacopasi, James | NY | USA | N/A | N/A | N/A | Personal Injury |
| 35 | Giblin, Donald | NY | USA | N/A | N/A | N/A | Personal Injury |
| 36 | Gillette, Irene | NY | USA | N/A | N/A | N/A | Personal Injury |
| 37 | Glazer, Lawrence | NY | USA | N/A | N/A | N/A | Personal Injury |
| 38 | Gonzalez, Thomas | FL | USA | N/A | N/A | N/A | Personal Injury |
| 39 | Goodenough, Walter | NY | USA | N/A | N/A | N/A | Personal Injury |
| 40 | Gunther, Kenneth | NY | USA | N/A | N/A | N/A | Personal Injury |
| 41 | Gutierrez, Joseph | CO | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 42 | Halloran, Brian | NY | USA | N/A | N/A | N/A | Personal Injury |
| 43 | Henderson, Eugene | NY | USA | N/A | N/A | N/A | Personal Injury |
| 44 | Ionescu, Beatrice | NY | USA | N/A | N/A | N/A | Personal Injury |
| 45 | Iorio, Anthony | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 46 | Johanson, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 47 | Kelly, Thomas | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 48 | Kennedy, Dennis | NY | USA | N/A | N/A | N/A | Personal Injury |
| 49 | Knabble, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 50 | Knoop, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 51 | Leggett, Rosa | NY | USA | N/A | N/A | N/A | Personal Injury |
| 52 | Lewis, Reginald | NY | USA | N/A | N/A | N/A | Personal Injury |
| 53 | Lorenzo, Luis | TN | USA | N/A | N/A | N/A | Personal Injury |
| 54 | Machin, Bernice | NY | USA | N/A | N/A | N/A | Personal Injury |
| 55 | Mallett, Frederick | NY | USA | N/A | N/A | N/A | Personal Injury |
| 56 | Mastandrea, Vito | NY | USA | N/A | N/A | N/A | Personal Injury |
| 57 | Mastrantonio, Ralph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 58 | Matson, Regina | NY | USA | N/A | N/A | N/A | Personal Injury |
| 59 | McCann Sr., James | NY | USA | N/A | N/A | N/A | Personal Injury |
| 60 | McMahon, Peter | NY | USA | N/A | N/A | N/A | Personal Injury |
| 61 | Montaruli, Anthony | NY | USA | N/A | N/A | N/A | Personal Injury |
| 62 | Morales, Luis | NY | USA | N/A | N/A | N/A | Personal Injury |
| 63 | Morales, Michele | NY | USA | N/A | N/A | N/A | Personal Injury |
| 64 | Mos, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 65 | Mueller, Cheryl | NY | USA | N/A | N/A | N/A | Personal Injury |
| 66 | Munley, Mark | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 67 | Murphy, Kevin | NY | USA | N/A | N/A | N/A | Personal Injury |
| 68 | Nakeeb, Mahmound | NY | USA | N/A | N/A | N/A | Personal Injury |
| 69 | Newland-Francis, Maureen | NY | USA | N/A | N/A | N/A | Personal Injury |
| 70 | Olsen, David J. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 71 | O'Shea, Daniel | NY | USA | N/A | N/A | N/A | Personal Injury |
| 72 | Padula, James | NY | USA | N/A | N/A | N/A | Personal Injury |
| 73 | Pallarino, Susan | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 74 | Peters, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 75 | Pfister, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 76 | Reilly, Frank | DE | USA | N/A | N/A | N/A | Personal Injury |
| 77 | Rios, Oscar | NY | USA | N/A | N/A | N/A | Personal Injury |
| 78 | Rodriguez, Albert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 79 | Rosenbaum, Mark | NY | USA | N/A | N/A | N/A | Personal Injury |
| 80 | Ross, George | NY | USA | N/A | N/A | N/A | Personal Injury |
| 81 | Russo, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 82 | Sabbagh, Tammy | NY | USA | N/A | N/A | N/A | Personal Injury |
| 83 | Salzano, Frank | NY | USA | N/A | N/A | N/A | Personal Injury |
| 84 | Saunders, Doreen | NY | USA | N/A | N/A | N/A | Personal Injury |
| 85 | Schiralli, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 86 | Scognamiglio-Dingman, Diane | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 87 | Sotelo, Daniel | NY | USA | N/A | N/A | N/A | Personal Injury |
| 88 | Thompson, Edward | NY | USA | N/A | N/A | N/A | Personal Injury |
| 89 | Tomasello, Glenn | NY | USA | N/A | N/A | N/A | Personal Injury |
| 90 | Trachtenberg, Sheila | NY | USA | N/A | N/A | N/A | Personal Injury |
| 91 | Tynan, James | NY | USA | N/A | N/A | N/A | Personal Injury |
| 92 | Van Elswyk, Michael | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 93 | Vogelsang, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 94 | Volpe, Peter | NY | USA | N/A | N/A | N/A | Personal Injury |
| 95 | Waddell-Perkins, Teresa | DE | USA | N/A | N/A | N/A | Personal Injury |
| 96 | Walters, Devon | NY | USA | N/A | N/A | N/A | Personal Injury |
| 97 | Warlikowski, John | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 98 | Wasielewski, Paul | NY | USA | N/A | N/A | N/A | Personal Injury |
| 99 | Westman, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 100 | Wiesner, Steven | NY | USA | N/A | N/A | N/A | Personal Injury |